**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

FEDERAL HOME LOAN MORTGAGE
CORPORATION,

                Respondent

          v.

FLORENCE R. PARKER,

                Petitioner

: No. 595 MAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of December, 2014, the Petition for Allowance of Appeal and the Application for Consolidation are **DENIED**.